UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2020
```

CUSTOM PAK BROKERAGE, LLC,

    Plaintiff,

-against-

JA BLURR FARMS, LLC and SHAMAR T. HYATT,

    Defendants.

1:20-cv-3926 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

    The Court is in receipt of letters from Defendants requesting extensions of time to answer on the ground that they need time to retain counsel [ECF #13, 14]. These requests are GRANTED. Accordingly, IT IS HEREBY ORDERED that Defendants shall answer by August 14, 2020.

**SO ORDERED.**

Date: June 29, 2020
New York, NY

*/s/ Mary Kay Vyskocil*
**MARY KAY VYSKOCIL**
**United States District Judge**

1