```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
```
┌─────────────────────────────────────────┐
│ CUSTOM PAK BROKERAGE, LLC,              │
│                                         │
│                    Plaintiff,           │
│                                         │
│            -against-                    │
│                                         │
│ JA BLURR FARMS, LLC and SHAMAR T. HYATT,│
│                                         │
│                    Defendants.          │
└─────────────────────────────────────────┘
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  11/5/2020

20-cv-3926 (MKV)

ORDER

MARY KAY VYSKOCIL, United States District Judge:

In an Order dated October 16, 2020, the Court directed the parties to appear for a default judgment hearing on November 5, 2020 [ECF #24 ("October 16 Order")]. The Court also directed Plaintiff to serve a copy of its October 16 Order on Defendants and to file proof of such service on ECF. Plaintiff filed an affidavit of service, but it states that Plaintiff served the October 16 Order an attorney who has not filed a notice of appearance on behalf of Defendants in this case [ECF #25].

On November 5, 2020, the Court held the scheduled default judgment hearing. However, at the hearing, Plaintiff confirmed that it incorrectly served the October 16 Order on an attorney who has not appeared for Defendants in this case. Accordingly, IT IS HEREBY ORDERED that, by November 6, 2020 at 5:00 p.m., Plaintiff shall serve Defendants personally with copies of this Order and the October 16 Order. IT IS FURTHER ORDERED THAT all parties shall appear for a default judgment hearing on November 18, 2020 at 3:00 p.m. IT IS FURTHER ORDERED THAT, by November 11, 2020 at 5:00 p.m., Defendants shall file any opposition to the motion for default judgment.

If Defendants fail to file any opposition by November 11, 2020 at 5:00 p.m., the Court will cancel the hearing scheduled to take place on November 18, 2020 and will enter a default judgment in favor of Plaintiff.

**SO ORDERED.**

Date:  **November 5, 2020**  **MARY KAY VYSKOCIL**
       **New York, NY**       **United States District Judge**